IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AWANA CLUBS INTERNATIONAL,<br><br>Plaintiff,<br>v.<br><br>NEWGISTICS, INC. and<br>PITNEY BOWES, INC.,<br><br>Defendants. | Case No. 1:20-cv-01002-JN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Awana Clubs International, and Defendants, Newgistics, Inc. and Pitney Bowes, Inc., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Awana's Complaint, Defendants' Counterclaim, and this entire action, with prejudice, with each party to bear its own costs and attorneys fees.

Dated: April  9 , 2021

s/ Arthur Gollwitzer III

Arthur Gollwitzer III
  (Texas Bar No. 24073336)
Michael Best & Friedrich LLP
2700 Via Fortuna, Suite 250
Austin, Texas 78746
agollwitzer@michaelbest.com
512.640.3160
Fax: 512.640.3170

*Attorneys for Defendants,*
*Newgistics, Inc. and Pitney Bowes Inc.*

s/  Christian Poland

Tricia W. Macaluso
Bryan Cave Leighton Paisner LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas  75201-7965
(214) 721-8000
tricia.macaluso@bclplaw.com

Christian Poland (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
312-602-5000
Fax:  312-602-5050
christian.poland@bclplaw.com

*Attorneys for Plaintiff,*
*Awana Clubs International*