UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AWANA CLUBS INTERNATIONAL, AN ILLINOIS NOT-FOR-PROFIT CORPORATION;<br>*Plaintiff*<br><br>VS<br><br>NEWGISTICS, INC., A DELAWARE CORPORATION; AND PITNEY BOWES INC., A DELAWARE CORPORATION;<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. A-20-CV-01002-JRN |

**FINAL JUDGMENT**

On April 9, 2021, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 18). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

SIGNED this 12th day of April, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE